**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7789**

LIONELL ELIJAH EPHRAIM, a/k/a Lionel E. Williams,

                Petitioner - Appellant,

      v.

KAREN F. HOGSTEN, Warden,

                Respondent - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. David A. Faber, Senior District Judge. (1:12-cv-04701)

Submitted: April 19, 2016          Decided: April 28, 2016

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lionell Elijah Ephraim, Appellant Pro Se. Stephen Michael Horn, Assistant United States Attorney, Meredith George Thomas, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lionell Elijah Ephraim appeals the district court's order and judgment adopting the magistrate judge's report and recommendation and denying his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ephraim v. Hogsten</u>, No. 1:12-cv-04701 (S.D. W. Va. Oct. 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>
